JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | SACV 10-1822 JVS (FFMx) | Date | December 17, 2010 |
| Title | Helton v. Wells Fargo Mortgage | | |

Present: The Honorable  James V. Selna

| Karla J. Tunis | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**  **(In Chambers)**  Order Remanding Action to Superior Court of the State of California for the County of Orange

      On November 30, 2010, the Federal Home Loan Mortgage Corporation, sued as Freddie Mac, removed this action from the Superior Court of the State of California for the County of Orange pursuant to 12 U.S.C. 1452(f), which entitles that entity to remove at any time prior to trial without the consent of any other party. (Docket No. 1.)

      On October 20, 2010, prior to the removal, plaintiff Anna Helton dismissed the Federal Home Loan Mortgage Corporation without prejudice. (Plaintiff's Ex Parte Notice of Ex Parte Motion for a Temporary Retraining Order etc., Ex. B, third page.) As a non-party on the date of removal, the Federal Home Loan Mortgage Corporation had no power to remove this action, and the removal is void. 12 U.S.C. 1452(f) ("any civil or other action, case or controversy in a court of a State, or in any court other than a district court of the United States, <u>to which the Corporation is a party</u> may at any time before the trial thereof be removed by the Corporation"; emphasis supplied.).

      The case is remanded forthwith to the Superior Court of the State of California for the County of Orange for want of jurisdiction.

| | : | 00 |
|---|---|---|
| | Initials of Preparer | kjt |